UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY BARR, CAROLYN EARL,
RITA HANNA, MICHAEL WEBSTER,

    Plaintiffs,

v.

COREWELL HEALTH
D/B/A BEAUMONT HEALTH,

    Defendant.

Case No. 23-cv-10808

Hon. F. Kay Behm

Magistrate Judge David R. Grand

## Stipulated Order to Extend Time for Defendant Corewell Health to Respond to Plaintiffs' Complaint

**WHEREAS** Defendant Corewell Health (hereafter "Defendant") waived service of the summons and complaint through a request for waiver dated April 10, 2023; **AND**

**WHEREAS** the parties have agreed and stipulated to an extension of time for Defendant to answer or otherwise respond to the Complaint, to August 9, 2023, thus obviating the need for motion practice;

**IT IS HEREBY ORDERED** that for good cause show, the deadline for Defendant to answer or otherwise respond to Plaintiffs' Complaint is now August 9, 2023.

IT IS SO ORDERED.

Dated: June 6, 2023                              s/F. Kay Behm
                                                 Hon. F. Kay Behm
                                                 United States District Judge

The above order is stipulated as to form and content:

| HURWITZ LAW PLLC | KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. |
|---|---|
| By: */s/Noah S. Hurwitz with permission* | By: */s/Thomas J. Davis* |
| Noah S. Hurwitz (P74063) | Eric J. Pelton (P40635) |
| Colin H. Wilkin (P86243) | Thomas J. Davis (P78626) |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 349 Beakes St., Ste. 125 | 280 N. Old Woodward Ave., Ste. 400 |
| Ann Arbor, MI  48103 | Birmingham, Michigan 48009 |
| noah@hurwitzlaw.com | (248) 645-0000 |
| colin@hurwitzlaw.com | epelton@khvpf.com |
|  | tdavis@khvpf.com |
| Dated:  May 31, 2023 | Dated:  May 31, 2023 |

484782