## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| EMILY BARR, CAROLYN EARL, RITA HANNA, MICHAEL WEBSTER, | Case No. 23-cv-10808 |
| Plaintiffs, | Hon. Jonathan J.C. Grey |
| v. | Magistrate Judge David R. Grand |
| COREWELL HEALTH D/B/A BEAUMONT HEALTH, | |
| Defendant. | |

### Index of Exhibits to
### Defendant's Brief in Support of
### Motion for Judgment on the Pleadings

| | |
|---|---|
| **Exhibit A** | 1/31/2020 U.S. Dept of Health Announcement |
| **Exhibit B-1** | 7/28/2021 Beaumont Announcement |
| **Exhibit B-2** | Vaccine Policy |
| **Exhibit C** | Earl Exemption Form |
| **Exhibit D** | Earl Denial Letter |
| **Exhibit E** | Hanna Exemption Form |
| **Exhibit F** | Hanna Appeal |
| **Exhibit G** | Hanna Appeal Denial |
| **Exhibit H** | Webster Exemption Form |
| **Exhibit I** | Webster Form Letter |

| | |
|---|---|
| **Exhibit J** | Webster Denial Letter |
| **Exhibit K** | Webster Appeal Denial |
| **Exhibit L** | Barr Exemption Form |
| **Exhibit M** | Barr Denial Letter |
| **Exhibit N** | Barr Appeal Letter |
| **Exhibit O** | Barr Appeal Denial |
| **Exhibit P** | Hanna EEOC Charge |
| **Exhibit Q** | Webster EEOC Charge |
| **Exhibit R** | Earl EEOC Charge |

501916