UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY BARR, et al.,

    Plaintiffs,

v.

Corewell Health, d/b/a,
Beaumont Health

    Defendant.
_____/

Case No. 23-10808
Honorable Jonathan J.C. Grey

**ORDER GRANTING UNOPPOSED MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION FOR JUDGMENT ON THE PLEADINGS (ECF No. 14)**

On April 7, 2023, plaintiff Emily Barr and others filed suit against their employer, defendant Corewell Health, d/b/a, Beaumont Health ("Corewell Health"), alleging religious discrimination under Title VII of the Civil Rights Act of 1964 and Michigan's Elliott-Larsen Civil Rights Act. (ECF No. 1.) The plaintiffs allege that Corewell Health wrongfully denied their requests for a religious accommodation to be exempt from Corewell Health's mandatory COVID-19 vaccine policy. (*Id.*)

Pursuant to Rule 12(c), Corewell Health timely filed motion for judgment on the pleadings. (ECF No. 13.) Thereafter, on November 21, 2023, Corewell Health also filed a motion to stay discovery pending the

Court's resolution of its motion for judgment on the pleadings. (ECF No. 14.)

Local Rule 7.1(e)(1) provides parties with a fourteen-day response time for motions.[1] The deadline for Barr's response to Corewell Health's motion to stay discovery was December 5, 2023, but the Court received no response from Barr. As no opposition to the motion to stay has been filed, the Court finds it appropriate to stay discovery until the resolution of Corewell Health's motion for judgment on the pleadings. *See, e.g., Humphrey v. U.S.*, 279 F. App'x 328, 331 (6th Cir. 2008) ("if a plaintiff fails to respond or to otherwise oppose a defendant's motion, then the district court may deem the plaintiff to have waived opposition to the motion.").

The Court also finds that a stay of discovery furthers the interests of justice and judicial economy, which includes precluding what may be an unnecessary discovery process and the inefficient expenditure of the parties' time and resources. *See, e.g., Moore v. Auto Club Servs.*, No. 19-10403, 2022 WL 16536216, at *3 (E.D.Mich. Oct. 28, 2022) (granting stay where resolution of defendants dispositive motion may greatly

---

[1] Local Rule 7.1(e)(1) lists exceptions to the fourteen-day deadline rule, but none of the exceptions are applicable to the present case.

reduce scope of discovery and factfinding). Accordingly, the Court **GRANTS** Corewell Health's motion to stay discovery pending resolution of its Rule 12(c) motion for judgment on the pleadings.

    **SO ORDERED.**

Date: January 23, 2024

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 23, 2024.

                                            s/ **S. Osorio**
                                            Sandra Osorio
                                            Case Manager